LOGAN HILLS CORPORATION, RESPONDENT, v. ANNA M. KELLER AND ANOTHER, APPELLANTS, AND BOROUGH OF HOPATCONG, ETC., AND ANOTHER, DEFENDANTS.

Superior Court of New Jersey
Appellate Division

Argued February 11, 1952—Decided February 20, 1952.

Before Judges JACOBS, EASTWOOD and BIGELOW.

*Mr. Milford Salny* argued the cause for the respondent.

*Mr. Herman G. Vorburger* argued the cause for the appellants (*Mr. Edward F. Smith, Jr.*, attorney).

PER CURIAM. The judgment of the Chancery Division is affirmed for the reasons stated in the opinion of Judge Freund, which is reported at 14 *N. J. Super.* 219 (1951).